UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

HUMBEI AMARVEL BIOTECH CO., LTD., QINGZHOU WANG, YIYI CHEN, and FNU LNU,

Defendants.

**ORDER**

23 Cr. 302 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A conference in this matter will take place on **August 24, 2023, at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

As stated at today's conference, Defendant Yiyi Chen will make any further submission with respect to her bail application by **July 5, 2023**. The Government will file any response by **July 7, 2023**. The bail hearing will resume on **July 12, 2023, at 4:00 p.m.**

Dated: New York, New York
        June 28, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge