**ARSHACK, HAJEK & LEHRMAN, PLLC**
5 COLUMBUS CIRCLE
SUITE 710
NEW YORK, NEW YORK 10019
~
TEL: 212-582-6500
CELL: 917-806-0700 (Preferred)
FAX: 212-459-0568

EMAIL: DAN@lawAHL.com

March 8, 2024

Re: United States v. Wang, et al., 23 Cr. 302 (PGG)

By ECF
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Gardephe:

    I am counsel to Qingzhou Wang in the above captioned case.

    In response to your request, please accept this consent on behalf of Mr. Kirton, counsel for Ms. Chen and from the undersigned on behalf of Mr. Wang to waive speedy trial time for one month from March 11, 2024 to and including April 8, 2024.

Respectfully,

*[signature]*

Daniel N. Arshack
Counsel to Qingzhou Wang

CC:    AUSA Alexander Nuo Li (by ECF)
          AUSA Kevin T. Sullivan (by ECF)
          Marlon G. Kirton, Esq. (by ECF)