UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

HUBEI AMARVEL BIOTECH CO., LTD., QINGZHOU WANG, YIYI CHEN, and FNU LNU,

Defendants.

**ORDER**

23 Cr. 302 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

This case will proceed to trial on **January 13, 2025, at 9:30 a.m.** The following schedule will apply to pre-trial submissions:

1. Motions <u>in limine</u>, proposed voir dire, and requests to charge are due by **December 13, 2024.**

2. Responsive papers are due by **December 20, 2024.**

The next conference in this case will take place on **May 23, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        April 8, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge