UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>HUBEI AMARVEL BIOTECH CO., LTD., QINGZHOU WANG, and YIYI CHEN,<br><br>Defendants. | **ORDER**<br><br>23 Cr. 302 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

By July 23, 2024, defense counsel for Wang and Chen are directed to make submissions, (1) describing the grounds for any pretrial motions they anticipate bringing; and (2) proposing a briefing schedule.

The next conference in this case will take place on **July 25, 2024, at 12:30 p.m.**

Dated:  New York, New York
        June 20, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge