UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

HUBEI AMARVEL BIOTECH CO., LTD., QINGZHOU WANG, and YIYI CHEN,

Defendants.

**ORDER**

23 Cr. 302 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The next conference will take place on **November 18, 2024, at 3:00 p.m.,** in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
October 4, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge