UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

HUBEI AMARVEL BIOTECH CO., LTD.,
QINGZHOU WANG, and YIYI CHEN,

Defendants.

**ORDER**

23 Cr. 302 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  For the reasons stated in open court today, Defendant Qingzhou Wang's motions for a severance (Dkt. No. 76) and to strike surplusage from the S1 Indictment (Dkt. No. 77) are denied.

  The parties are directed to submit a letter by **November 25, 2024** regarding the status of Ms. Chen's ability to access discovery materials and her medical issue.

  As the Court has already ordered (see Dkt. No. 59), this case will proceed to trial on **January 13, 2025, at 9:30 a.m.** The following schedule will apply to pre-trial submissions:

1. Motions in limine, proposed voir dire, and requests to charge are due by **December 13, 2024.**

2. Responsive papers are due by **December 20, 2024.**

  A final pretrial conference will take place on **January 10, 2025 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 18, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge