UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - against - | **ORDER** |
| HUBEI AMARVEL BIOTECH CO., LTD., QINGZHOU WANG, and YIYI CHEN, | 23 Cr. 302 (PGG) |
| Defendants. | |

PAUL G. GARDEPHE, U.S.D.J.:

      The final pretrial conference previously scheduled for January 10, 2025, at 10:00 a.m. will now take place on **January 8, 2025, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      December 27, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge